IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>9) CHRISTIAN ESCALERA-RODRIGUEZ<br>Defendant | CRIMINAL 12-434 CCC |

# O R D E R

Having considered the Report and Recommendation filed on January 14, 2013 (docket entry 336) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Marcos E. Lopez on January 10, 2013, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 10, 2013. **The sentencing hearing is set for April 10, 2013 at 4:15 p.m.**

SO ORDERED.

At San Juan, Puerto Rico, on January 28, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge